Electronically Submitted
6/4/2021 2:34 PM
Gregg County District Clerk
By: Debbie Kinney ,deputy

CAUSE NO. 2021-867-CCL2

| | | |
|---|---|---|
| JAMES DAVID COLLINS § | | IN THE COUNTY COURT |
| Plaintiff § | | |
| § | | |
| VS. § | | AT LAW NO. 2 |
| § | | |
| WALMART, INC., WALMART # 572, and § | | |
| GEORGE'S PREPARED FOODS, LLC § | | |
| Defendants § | | GREGG COUNTY, TEXAS |

### DEFENDANT GEORGE'S PREPARED FOODS, LLC'S
### ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GEORGE'S PREPARED FOODS, LLC, hereinafter referred to as Defendant, and files this its Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully represent and show unto the Court the following:

I.

Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's Original Petition, demands strict proof thereof and of this puts itself upon the country.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final trial and hearing hereof, that no recovery be had from Defendant, but that Defendant go hence without delay and recovers its cost, and for such other and further relief to which Defendant may be justly entitled and will ever pray.

Respectfully submitted,

**WALTERS BALIDO & CRAIN, L.L.P.**

BY: /s/ Sarah Holley Long
_____
SARAH HOLLEY LONG - 24036798
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone: 214-749-4805
Facsimile: 214-760-1670
LongEDocsNotifications@wbclawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of June, 2021, a true and correct copy of the above document has been forwarded to all counsel of record.

/s/ Sarah Holley Long
_____
SARAH HOLLEY LONG