## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES DAVID COLLINS | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0220-JRG-RSP |
| | § | |
| WALMART, INC., ET AL. | § | |

### ORDER APPOINTING MEDIATOR

IT IS ORDERED that Mark W. Gilbert, Gilbert Mediation Group, CBS Tower, 12001 N. Central Expressway, Suite 650, Dallas, Texas 75243, telephone number 214.303.4500 and fax number 214.303.4501, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation.  Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan.  In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.  Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

SIGNED this 22nd day of October, 2021.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE